THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leroy Minor,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-582
Submitted July 15, 2003  Filed October 
 2, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:        Leroy Minor appeals the 
 revocation of his probationary sentence.  In November 2000, he was convicted 
 of driving under the influence, third, and was sentenced to two years imprisonment 
 and a $4,000 find, suspended upon the service of sixty days, a fine, and three 
 years probation.  Minors probation was revoked in May 2002 due to violations.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Minor attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Minors appeal is without legal merit sufficient to warrant a new trial.  Minor 
 did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, 
 JJ., concur.